

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2014

No. 04-13-00596-CR

Mario Josue **QUINTERO**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 11-07-10748-CR
Honorable Camile G. Dubose, Judge Presiding

## O R D E R

On January 27, 2014, appellant filed a Motion to Abate the Appeal and to Permit the Withdrawal of Counsel on Appeal and to Remand to the Trial Court for Appointment of New Counsel on Appeal. In support of the motion, counsel for appellant states that in reviewing the appellate record, he discovered that the initial arrest warrant for appellant was signed by Mark P. Haby, acting in his capacity as Justice of the Peace, Precinct Two of Medina County, Texas. Counsel further states that Mr. Haby is his law partner, thus creating an irreconcilable conflict of interest in representing appellant in an appeal involving charges arising from the issuance of the arrest warrant.

The motion is GRANTED. We order the appeal ABATED and REMANDED to the trial court to permit withdrawal of appellate counsel and further ORDER the trial court to appoint new appellate counsel on or before 30 days from the date of this order. The trial court clerk is ORDERED to prepare a supplemental clerk's record containing the appointment on or before 10 days from the trial court's new appointment. All filing deadlines are suspended until the appeal is reinstated on the docket of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2014.

_____
Keith E. Hottle
Clerk of Court